# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

New Civil Liberties Alliance

*Plaintiff*

v.

Securities & Exchange Commission

*Defendant*

Civil Action No. 1:22-cv-3567

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* US Attorney's Office
Attn.: Civil Process Clerk
601 D Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 11/23/2022

/s/ Simone Logan
*Signature of Clerk or Deputy Clerk*

**CLEAR FORM**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

New Civil Liberties Alliance

_____  )
_Plaintiff_                 )
                            )
           v.               )   Civil Action No. 1:22-cv-3567
Securities & Exchange Commission )
                            )
_____   )
_Defendant_                 )

## SUMMONS IN A CIVIL ACTION

To:   (Defendant's name and address) Securities & Exchange Commission
      Attn.: Dan Berkovitz, General Counsel
      100 F Street, NE
      Washington, DC 20549

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      Matthew D. Hardin
      Hardin Law Office
      1725 I Street NW, Suite 300
      Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT



Date: 11/23/2022                    /s/ Simone Logan
                                    _Signature of Clerk or Deputy Clerk_

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CLEAR FORM**

New Civil Liberties Alliance

_____
*Plaintiff*

v.

Securities & Exchange Commission

_____
*Defendant*

Civil Action No. 1:22-cv-3567

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)* US Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/23/2022

/s/ Simone Logan
*Signature of Clerk or Deputy Clerk*