UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW CIVIL LIBERTIES ALLIANCE,<br><br>    Plaintiff,<br> v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>    Defendant. | No. 22-cv-03567-CJN |

**RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

  Defendant U.S. Securities and Exchange Commission ("SEC") respectfully submits this response to Plaintiff's Notice of Supplemental Authority, ECF 21.

  In *Human Rights Defense Center v. U.S. Park Police*, No. 23-5236, 2025 WL 286516, at *3-5 (D.C. Cir. Jan. 24, 2025), the D.C. Circuit found that an agency could not withhold the names of agency employees because the agency's privacy assertions were "wholly conclusory, lacking even minimal substantiation of the officers' privacy interest or the potential harm from disclosing their names" where the agency "merely recite[d] the elements of the analysis for whether Exemption 6 applies."  Judge Contreras recently explained that "the Circuit's opinion in [*Human Rights Defense Center*] rested on the conclusion that the agency's declarations were conclusory and did not substantiate the employees' privacy interests," so that case "has no bearing on whether Exemption 6 may be used to withhold employee names as a general matter." *Power the Future v. U.S. Department of State*, No. 24-346 (RC), 2025 WL 343175, at *8 n.4 (D.D.C. Jan. 30, 2025).

  As in *Power the Future*, *Human Rights Defense Center* has no bearing in this case.  The only names the SEC withheld from responsive records are those of SEC staff who had access to

1

the databases at issue in the control deficiency or who were interviewed during the internal review of the control deficiency (*see* ECF 16-5 at 19; ECF 18 at 12), and the SEC has explained that these individuals have a significant privacy interest because there is a potential for harassment from individuals who may want to question or attack SEC staff who they think may have acted improperly in connection with handling or accessing confidential information (*see* ECF 18 at 12-13; ECF 16-5 at 18-20; ECF 16-3 at ¶¶17-18; ECF 16-4 at 2-6, 8, 10-11, 14).

Dated:  February 11, 2025                                    Respectfully submitted,

/s/ *Alexandra Verdi*
Alexandra Verdi (NY Reg. No. 5480934)
Office of the General Counsel
U.S. Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
Telephone: (202) 551-5057
Fax: (617) 573-4576
verdim@sec.gov

*Counsel for Defendant*
*U.S. Securities and Exchange Commission*